LEACH JOHNSON SONG & GRUCHOW
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
sanderson@leachjohnson.com
rhastings@leachjohnson.com
*Attorneys for Defendant Sierra Ranch Homeowners' Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>312 POCONO RANCH TRUST; and SIERRA RANCH HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-01783-APG-CWH<br><br>STIPULATION AND ORDER EXTENDING TIME FOR SIERRA RANCH HOMEOWERS' ASSOCIATION TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS [Doc. 14]<br><br>(First Request) |

Plaintiff Nationstar Mortgage LLC ("Plaintiff") and Defendant Sierra Ranch Homeowners Association ("Association"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff filed a Complaint on June 28, 2017 (Doc.1). Said Complaint was served upon the Association c/o of Leach Johnson Song & Gruchow, on September 18, 2017.

2. The Association filed a Motion to Dismiss on October 9, 2017 (Doc. 14).

3. Plaintiff filed an Opposition to the Motion to Dismiss on October 25, 2017 (Doc. 17).

4. Pursuant to Local Rule, a reply in support to the Motion to Dismiss was due on or before November 1, 2017.

Plaintiff and the Association by and through their counsel hereby agree and stipulate to allow the Association an extension of time to file its Reply in Support of Motion to Dismiss Complaint. Association shall have up to and including November 8, 2017, to file its Reply.

This is the parties' first request and is not intended for the purposes of prejudice or delay.

Dated this 2nd day of November, 2017.

| LEACH JOHNSON SONG & GRUCHOW | WRIGHT FINLAY & ZAK |
|---|---|
| /s/ Ryan D. Hastings | /s/ Regina A. Habermas |
| Sean L. Anderson, Esq.<br>Nevada Bar No. 7259<br>Ryan D. Hastings, Esq.<br>Nevada Bar No. 12394<br>8945 W. Russell Road, #330<br>Las Vegas, NV 89148<br>*Attorneys for Defendant,*<br>*Sierra Ranch Homeowners Assoc.* | Dana J. Nitz, Esq.<br>Nevada Bar No. 0050<br>Regina A. Habermas, Esq.<br>Nevada Bar No. 8481<br>7785 W. Sahara Ave., #200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff,*<br>*Nationstar Mortgage, LLC* |

## ORDER

**IT IS SO ORDERED.**

Dated this ___3rd___ day of November, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE