# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NATIONSTAR MORTGAGE, LLC,

    Plaintiff,

vs.

SIERRA RANCH HOMEOWNERS' ASSOCIATION, et al.,

    Defendants.

Case No. 2:17-cv-01783-APG-CWH

**ORDER**

This matter is before the court on the parties' failure to file a proposed discovery plan and scheduling order.

On December 6, 2017, the court ordered the parties to meet and confer and to file a proposed discovery plan and scheduling order by December 27, 2017. (Order (ECF No. 25).) The parties have not complied with the court's order. The parties must meet and confer and file a proposed discovery plan and scheduling order by January 31, 2018. Failure to do so will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: January 10, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**