MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for plaintiff Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>Plaintiff,<br><br>vs.<br><br>312 POCONO RANCH TRUST; and SIERRA RANCH HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-01783-APG-CWH<br><br>SUBSTITUTION OF COUNSEL FOR NATIONSTAR MORTGAGE LLC |

Plaintiff Nationstar Mortgage LLC hereby consents to the substitution of Melanie Morgan, Esq. and Donna M. Wittig, Esq. of AKERMAN LLP as its counsel in the place and stead of WRIGHT, FINLAY & ZAK, LLP in the above-entitled matter.

DATED this ___ day of January, 2018.

NATIONSTAR MORTGAGE LLC

By: _____

Its: A. J. Loll, Vice President
Nationstar Mortgage LLC

42369890;1
43783375;1

Dana J. Nitz, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP consents to the substitution of Melanie Morgan, Esq. and Donna M. Wittig, Esq. of AKERMAN LLP as counsel of record in its place and stead on behalf of plaintiff Nationstar Mortgage LLC.

DATED this ___ day of January, 2018.

WRIGHT, FINLAY & ZAK, LLP

_____
DANA J. NITZ, ESQ.
Nevada Bar No. 000050
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117

Melanie Morgan, Esq. and Donna M. Wittig, Esq. of the law firm AKERMAN LLP, consent to substitution as counsel of record for plaintiff Nationstar Mortgage LLC.

DATED this 16 day of January, 2018.

AKERMAN LLP

_____
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: January 31, 2018

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the SUBSTITUTION OF COUNSEL FOR NATIONSTAR MORTGAGE addressed to:

Dana J. Nitz, Esq.
Regina A. Habermas, Esq.
Wright, Finlay & Zak, LLP
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
*Attorneys for Plaintiff*

Sean L. Anderson, Esq.
Ryan D. Hastings, Esq.
**Leach Johnson Song & Gruchow**
8945 W. Russell Rd., Ste. 330
Las Vegas, NV 89148
*Attorneys for Defendant Sierra Ranch Homeowners Association*

/s/ Doug D. Jayne
An Employee of Akerman LLP

3

42369890;1
43783375;1