# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No. 2:17-cv-01783-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| 312 POCONO RANCH TRUST, | |
| Defendant. | |

This matter is before the court on plaintiff Nationstar Mortgage, LLC's response to the court's order to show cause (ECF No. 35), filed on May 24, 2018.

The court issued an order requiring Nationstar to show cause why its claims against defendant 312 Pocono Ranch Trust should not be dismissed for failure to timely serve that defendant. (OSC (ECF No. 33).) Nationstar responds that good cause exists to extend its time to serve Pocono Ranch because Nationstar's prior counsel made a good-faith attempt to serve Pocono Ranch, despite the court's findings that those efforts fell short of Rule 4(m)'s requirements. Nationstar requests an additional 60 days to effectuate service upon Pocono Ranch that complies with Rule 4.

Having read and considered Nationstar's response to the order to show cause, and good cause appearing, the court in its discretion will extend time to serve Pocono Ranch by 60 days. *See In re Sheehan*, 253 F.3d 507, 513 (9th Cir. 2001) (stating that he court's discretion to extend time for service is broad).

IT IS THEREFORE ORDERED that the court's order to show cause (ECF No. 33) is deemed SATISFIED.

///

///

IT IS FURTHER ORDERED that plaintiff Nationstar Mortgage, LLC's deadline to serve defendant 312 Pocono Ranch Trust is September 18, 2018.

DATED: July 20, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE