MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>Plaintiff,<br><br>vs.<br><br>312 POCONO RANCH TRUST; and SIERRA RANCH HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-01783-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTIONS [ECF Nos. 53 and 56]**<br><br>**[FIRST REQUEST]** |

Plaintiff Nationstar Mortgage LLC (**Nationstar**) and Defendant 312 Pocono Ranch Trust (**Pocono Ranch**) stipulate and agree to extend their reply deadlines in support of summary judgment:

1. Pocono Ranch filed its motion for summary judgment on March 8, 2019 [ECF No. 53];

2. Nationstar filed its motion for summary judgment on March 8, 2019 [ECF No. 56];

3. Nationstar filed its opposition to Pocono Ranch's motion for summary judgment on March 29, 2019 [ECF No. 58];

4. Pocono Ranch filed its opposition to Nationstar's motion for summary judgment on March 29, 2019 [ECF No. 59];

5. The deadline for Nationstar and Pocono Ranch to file replies supporting their motions for summary judgment is currently April 12, 2019 [ECF No. 58 and 59].

48477225;1

6. The parties stipulate to extending the deadline an additional fourteen (14) days, up to and including **April 30, 2019**, for each to file replies supporting their motions for summary judgment.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED: April 3rd, 2019.

**AKERMAN LLP**

*/s/ Donna M. Wittig*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG. ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Nationstar Mortgage LLC*

**AYON LAW PLLC**

*/s/ Luis A. Ayon*
LUIS A. AYON. ESQ.
Nevada Bar No. 9752
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89148

*Attorneys for 312 Pocono Ranch Trust*

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT COURT JUDGE**

April 4, 2019
**DATED**